FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2020 FEB 26  PM 2:33

JEFFREY P. COLWELL
CLERK

**20 - CV - 00535**

BY_____DEP. CLK

Civil Action No. _____

(To be supplied by the court)

Diana C Torres _____, Plaintiff

v.

Keurig dr. Pepper _____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

| **NOTICE** |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Diana C. Torres    2696 S. Federal blvd. #307 Denver Co. 80219
(Name and complete mailing address)

720) 486-5137        dtorres699447@gmail.com
(Telephone number and e-mail address)

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Keuria dr. pepper   2840 S. Zuni St.
(Name and complete mailing address) Englewood, Co 80110
303) 762-6262
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

_____   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

X   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

X   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

X   Other: *(please specify)* Family FmLA _____

2

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim.  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                     ____ different terms and conditions of employment

____ failure to promote              ____ failure to accommodate disability

_X_ termination of employment    _X_ retaliation

_X_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_X_ race          ____ religion          ____ national origin          _X_ age

____ color       ____ sex                 _X_ disability

Supporting facts:

CLAIM TWO: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire          _____ different terms and conditions of employment

_____ failure to promote       __X__ failure to accommodate disability

__X__ termination of employment   __X__ retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

__X__ race      _____ religion      _____ national origin      __X__ age

_____ color     _____ sex           __X__ disability

Supporting facts: I Worked for Company 9 months no Tardies, 1/22/18 (I got pictures) Absence's On 9/3/19 Nick Davis "started, In front of (Ruby-Allaire (408) 728-1210) He said F--- Me & my dr. notes" And he started harrassing me, There were 2 in Re pack, 9/19 fired Kiesha Bugs, And wanted to increase hours etc. And Keep me alone, IM 53 yr's. 14 hrs x 6 days a week. Union: mike Tashini: Told me To file With EEOC, Nick started giving me write LIAS in retaliation to dr. CPR Threating "If you cant do Job we hired you for, you can leave, I loved my Job, did well and have pics, also grievances; dr. restrictions were 8-10 hrs days not good enough per Nick Davis, Thru Memorial weekend Nick Davis worked me 14 hrs. 6 days hurt me Fired me, now I cant work, IM At home in bed Awaiting Surgery On 8/27/19 with no income or Any help from my Job. Then The termination was even Wrongful, As proven my pics were fake I didn't even have 7.5: he didn't ak ept excusess from dr. I desperate need your help, please: mr Davis smiled and said No dr. excuse and Worked Knowing I Would get injured on purpose.

Thank you

Diana Jones

720) 486-5137

## E.   ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

     X  Yes  (***You must attach a copy of the administrative charge to this complaint***)

     ___ No

Have you received a notice of right to sue? (*check one*)

     X Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

     ___ No

## F.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed
to identify the relief you are requesting, use extra paper to request relief. Please indicate that
additional paper is attached and label the additional pages regarding relief as "F. REQUEST
FOR RELIEF."* Im going to be recoving After surgery 3/27/20 as
a reisult of person in posisition of Trust not concerned.
until healed and then if I end up worse helping

## G.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

2/26/20
(Date)

(Revised December 2017)

*Started FMLA:*
*6/19 - 12/18*

Unum
P.O. Box 100158
Columbia, SC 29202-3158
Fax: 1-866-249-3831
www.unum.com



June 26, 2019

DIANA C TORRES
2696 S. FEDERAL BLVD.
APT. 307
DENVER, CO 80219

RE:    Torres, Diana C
       LMS Leave Number:              16297530

Dear Ms. Torres:

Unum works with Dr Pepper Snapple Group, Inc. to administer family and medical leaves. This includes leave taken under the Family and Medical Leave Act of 1993 (FMLA) and Colorado Family Care Act. We have evaluated the request and below is a summary of your leave status and next steps.

On June 21, 2019, Unum was notified of your need for leave beginning on June 19, 2019 due to your own serious health condition.

## Leave At a Glance

| Your Leave Request | Your Eligibility | Your Next Steps |
|---|---|---|
| **Leave Number:** 16297530 | **FMLA:** Eligible | **Certification Due Date:** July 11, 2019 |
| **Leave Reason:** your own serious health condition | **Colorado Family Care Act:** Eligible | Report intermittent absences within 5 Unum business days |
| **Leave Type:** Intermittent | ***This status reflects your eligibility only; see next steps and details below*** | **Unum Contact Info:** Phone: (877) 339-7455 Fax: (866) 249-3831 Web: Unum.com/claimant |
| **Projected Start Date:** June 19, 2019 | | |
| **Projected Return to Work:** Not applicable at this time | | |

1242-03     UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES.



## Eligibility Details

- As of the date of your request, you are eligible for FMLA.

- Your eligibility will be re-evaluated as of the first approvable absence. If you are no longer eligible for FMLA, we will send an updated notice of eligibility.

- The eligibility information above also applies to your leave under Colorado Family Care Act.

## What we need from you

- You are required to provide certification supporting your leave which you may fax or mail to Unum.

- Have the health care provider complete the attached *Certification of Health Care Provider* form and return to Unum by **July 11, 2019**. We will be unable to approve your leave if the certification is not received by this date.

- We have also enclosed a *Permission to Contact Health Care Provider form*. This form, if signed and returned, only allows Unum to contact your health care provider to clarify information on the certification. This form is not required, however without a signed Permission to *Contact Health Care Provider* form, an insufficient certification will be returned to you with a revised due date so you can work with the doctor to update.

- The certification/documentation requirement above also applies to your leave under Colorado Family Care Act.

If your leave qualifies, it will be approved and counted against your FMLA and Colorado Family Care Act entitlement(s). If your leave does not qualify, it will not be approved and may be treated according to your employer's attendance policy.

## Additional Information you need to know

- For more information about the FMLA, please read the attached *Employee Rights and Responsibilities under the Family and Medical Leave Act.*

- For more information about your employer's specific leave policies, please read the attached *Important Information about Dr Pepper Snapple Group, Inc.'s Family and Medical Leave Policy.*

- For more information about the Colorado Family Care Act, please read the following:

## Colorado Family Care Act

**Please note:** Your 12-week entitlement under the Colorado Family Care Act, as described below, will be reduced by any leave qualifying and designated under the Federal FMLA.

Under Colorado's Family Care Act, an employee may be eligible for up to 12 workweeks of unpaid leave during a 12-month period to care for a civil union partner or domestic partner. A



# Employee Counseling Form

**Employee Name:** <u>Diana Torres</u>                              **Date:** <u>12/7/2018</u>

**Step:**
☒ Verbal Warning                                   ☐ **Written Warning**
☐ **Disciplinary suspension without Pay/Final Written Warning**        ☐ **Discharge**

**Description of Issue:**
☐ **Attendance**          ☐ **Policy Violation**          ☐ **Safety Violation**          ☐ **Other**
☐ **Conduct/Behavior**     ☒ **Poor Work Performance**     ☐ **Equipment Violation**

Prepare for your meeting by completing the boxes outlined in bold prior to your discussion with the employee.

> **State the exact problem including dates and details**
> Based on performance this week Diana will not meet her weekly goal of $350. This is a minimum threshold across the Company and results in poor performance.

> **Refer to past counseling, if appropriate**
> On 11/30/2018, Diana Torres was given instruction regarding the minimum weekly standard of $350 not being met for the week of 11/26/18 – 11/30/18.   Diana was coached by Nick and Jorge numerous times in the month of November on this process We are holding all warehouse workers to Company Standard.

> **State the impact on the department/work area/co-workers and the need to change**
> Diana's role in the recoup area is very important.  We need Diana to meet Company standards so we can get this product back on the line, ready to be picked.  If standards are not met we risk losing sales or product might go out of code.

Ask for and LISTEN to employee's explanations. Probe for the CAUSES of the problem

**Clearly communicate expectations. Agree on a plan of correction. State consequences for further occurrences**
It is expected that Diana will meet the weekly Company standard minimum average of $350/week, every week going forward.  Any further work performance violations will result in further disciplinary action up to and including termination of employment.

Set Follow-Up Meeting (if appropriate) _____

By signing below I acknowledge that the above issues have been addressed with me and I understand the expectations set forth.

Date: <u>12|07|18</u>        Employee Signature: _____

Date: <u>12/7/18</u>         Supervisor Signature: _____

Colorado Department of Labor and Employment, Division of Unemployment Insurance
P.O. Box 8988, Denver, CO 80201-8988

| Claimant Social Security Number | Date Mailed |
|---|---|
| XXX-XX-8946 | 07/26/2019 |
| Employer Account Number | Last Day of Claim |
| 716872001 | 07/11/2020 |
| Employer Charging Information | Deputy ID |
| CHARGEABLE | 3342 |
| | Issue ID |
| | 01 |

**AMERICAN BOTTLING COMPANY**
**TALX UCM SERVICES DBA UC EXPRESS**
**PO BOX 283**
**SAINT LOUIS MO   63166**

DIANA C TORRES
c/o DIANA TORRES
2696 S FEDERAL BLVD APT 307
DENVER   CO      80219

## NOTICE OF DECISION

Section of Law Used: COLORADO EMPLOYMENT SECURITY ACT
8-73-108 (4)

Decision:
THIS EMPLOYER FIRED YOU BELIEVING YOU WERE ABSENT OR LATE TOO OFTEN.  WE HAVE
CONSIDERED ALL THE INFORMATION GIVEN BY THE EMPLOYER AND BY YOU.  WE
DETERMINED YOUR ABSENCES OR TIMES LATE FOR WORK WERE NOT OBJECTIVELY
EXCESSIVE.  YOU ARE NOT AT FAULT FOR THIS SEPARATION.  WE CAN PAY YOU THE
BENEFITS BASED ON THE WAGES YOU EARNED FROM THIS EMPLOYER.  YOU MUST CONTINUE
TO MEET ALL THE WEEKLY REQUIREMENTS LISTED IN THE CLAIMANT HANDBOOK.

Any party to this decision may disagree with (appeal) it.  This decision is final unless we receive a written appeal no later than 20-calendar days from **07/26/2019** .

Claimant: Continue to request payment every two weeks while you are waiting to hear about your appeal.

UIB-6 (R 12/2018)          **TO APPEAL: SEE INFORMATION ON THE OTHER SIDE OF THIS FORM**

  **TALX UCM SERVICES**

August 15, 2019

COLORADO DOL— UIO APPEALS SECTION OFFICE APEL
P.O. BOX 8988
DENVER CO 80201-8988

FAX: (303)318-9248

Re: DIANA· TORRES            Account: 716872.00-1
SS: 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          Employer: AMERICAN BOTTLING COMPANY

Dear State Representative:

This is in reference to form UIB-6, Notice of Decision, dated July 26, 2019 which allows
benefits to the above individual. We wish·to·appeal the determination based on the
following.

The claimant was discharged due to excessive absenteeism and tardiness. Claimant was on a
Last Chance Agreement, posted 7/22/19, for Attendance through the union and was terminated
for attendance. The claimant was ·discharged from her employment for violation of the
attendance policy; unexcused absenteeism or tardiness demonstrates a disregard of the
employer's interest whether the claimant's acts, omissions, or course of conduct were such
that an ordinary person would find the discharge justifiable.

Company policy relating to absenteeism and/or tardiness: There is a point system for being
late. Diana has had several absences since January and was about to be terminated for this
issue a couple of months ago. As a union employee, we established a Last Chance Agreement
with Diana and the union agreeing to termination should she be absent again. Attached Last
Chance Agreement, list of occurrences.

The witness may be unavailable: 09/16 – 09/25
The witness Lucas Steinhoff, Inventory Supervisor
The contact Colleen Vogel, email:colleen.vogel@dpsg.com, phone (720) 644-4649

Be advised, TALX UCM Services Inc is a duly authorized agent empowered to act on behalf of
the above employer. Any correspondence related to this individual should be mailed to: P.O.
Box 283, St. Louis, MO 63166-0283.

For additional information, please contact me at (800) 366-6660 or (314) 684-2850 or you can
reach me via email at Cheryl.Garrett@equifax.com or fax (866) 219-5940.

Thank you for your time and consideration.

Sincerely,

Cheryl Garrett

Cheryl Garrett
unemployment Determination Specialist

ATTACHMENT

I, MM



May 20, 2019

Diana Torres
2696 S. Federal Blvd.
Apt 307
Denver, CO 80219

Dear Diana:

On 05/10/2019, we received a Fitness-For-Duty Certification from your provider with an effective date of 05/09/2019. The Company continues to engage in the interactive process with you. The form indicated that you are to return to work without any restrictions, which we have been following.

We are delighted that we were able to accommodate your restrictions and that you have been able to return to full duty.

Please contact me or your manager with any questions you may have.

Sincerely,

Colleen Vogel
HR Associate Manager
720-237-2337

Diana Torres

7/1/2019

You were notified on _____ that the Repack area will be going away, so there will be little work to do with that area.

This is your 2nd notice that the repack process will be changing on July 15th. We will move forward with repacking minimal product, mostly warehouse damage only.

You are a warehouse worker and will be tasked with other duties, such as pick up damage, clean, and build pallets.

I acknowledge receipt of this notification.

_____
Diana Torres

_____
Supervisor

 **DENVER HEALTH.**
——— est. 1860 ———
FOR LIFE'S JOURNEY

SOUTHWEST URGENT CARE
1339 South Federal Boulevard
Denver CO 80219
Phone: 303-602-0003
Fax: 303-602-0211

April 7, 2019

Patient:     **Diana Cynthia Torres-Allgire**
Date of Birth: **10/28/1966**
Date of Visit: **4/7/2019**

To Whom It May Concern:

It is my medical opinion that Diana Torres-Allgire be permitted to be excused from work on 4/5/19.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Christine M Obermaier, NP

CC: No Recipients

Before 9/18 no enexcused or Tardy 9/3/18 Nick Davis Came on.

## Diana Torres

| Date | Points | Reason | Corrective measure |
|------|--------|--------|--------------------|
| 9/12/2018 | 0.5 | Tardy | |
| 10/2/2018 | 2 | unexcused | |
| 10/6/2018 | 0.5 | Tardy | |
| 2/14/2019 | 0 | sick | |
| 3/4/2019 | 0.5 | Late | |
| 3/22/2019 | 0.5 | Late | |
| 4/5/2019 | 2 | unexcused | |
| 5/16/2019 | 2 | unexcused | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total points | 8 | | |

Diana Torres

7/1/2019

You were notified on _____ that the Repack area will be going away, so there will be little work to do with that area.

This is your 2nd notice that the repack process will be changing on July 15th. We will move forward with repacking minimal product, mostly warehouse damage only.

You are a warehouse worker and will be tasked with other duties, such as pick up damage, clean, and build pallets.

I acknowledge receipt of this notification.

_____          _____
Diana Torres                                 Supervisor



# Employee Counseling Form

**Employee Name:** <u>Diana Torres</u>                    **Date:** <u>7/9/2019</u>

**Step:**
☐ Verbal Warning                              ☐ Written Warning
☐ Disciplinary suspension without Pay/Final Written Warning   ☒ Discharge

**Description of Issue:**
☒ Attendance          ☐ Policy Violation          ☐ Safety Violation          ☐ Other
☐ Conduct/Behavior    ☐ Poor Work Performance     ☐ Equipment Violation

Prepare for your meeting by completing the boxes outlined in bold prior to your discussion with the employee.

> Diana is currently at 7.5 points based on our 8 point attendance policy. She has a Last Chance Agreement for attendance in place. She was one hour late on 7/5/2019, because she woke up late. This violates her Last Chance Agreement, putting her at 8 points, resulting in termination.

> Diana has been counseled before on her attendance points and also signed a Last Chance Agreement that would result in termination should she reach 8 pts.

> By not showing up for her shift on time, there is an impact to completing the recoup area and on the team completing their other assigned tasks.

Ask for and LISTEN to employee's explanations. Probe for the CAUSES of the problem

Clearly communicate expectations. Agree on a plan of correction. State consequences for further occurrences
Diana is already on a Last Chance Agreement between her, the union and the Company.
She was made aware that any violation of our attendance policy would result in further
disciplinary action, up to and including, termination.

Set Follow-Up Meeting (if appropriate)            <u>N/A</u>

By signing below I acknowledge that the above issues have been addressed with me and I understand the
expectations set forth.

Date: <u>07/09/19</u>        Employee Signature:

Date: <u>7-9-19</u>          Supervisor Signature:

<u>7/9/19</u>

Joseph Nicholson

Unum
P.O. Box 100158
Columbia, SC 29202-3158
Fax: 1-866-249-3831
www.unum.com



August 2, 2019

DIANA C TORRES
2696 S. FEDERAL BLVD.
APT. 307
DENVER, CO 80219

RE:   Torres, Diana C
      LMS Leave Number:                    16297530

Dear Ms. Torres:

Unum works with Dr Pepper Snapple Group, Inc. to administer family and medical leaves.  This includes leave taken under the Family and Medical Leave Act of 1993 (FMLA).

In one or more of your leaves, you have reported intermittent absence(s) in the last 30 days.

As of the date of this letter, you have used 1 week(s), 1 hour(s), and 0 minute(s) of federal FMLA leave.

You have 10 week(s), 39 hour(s), and 0 minute(s) of federal FMLA leave remaining.

This amount includes **all** approved federal FMLA leave taken within the current 12-month period; however, this amount does *not* include any pending leave you may have requested.

**Any of the following may alter the totals provided above:**

- **additional leave reported to the Leave Management Center**
- **changes in the status of your leave**
- **replenishment of any portion of your federal FMLA entitlement**

This letter does not provide information regarding any state leave laws, corporate leaves or any other types of leave that may run concurrent to FMLA.

If your leave qualifies, it will be approved and counted against your FMLA entitlement(s). If your leave does not qualify, it will not be approved and may be treated according to your Employer's attendance policy.

**How To Contact Us Or View Information About Your Leave**

As a convenience, we offer a secure website at www.unum.com/claims where you have the option to:

1242-03       UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES.

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| **To:** Diana C. Torres-Allgire<br>2696 S. Federal Blvd. Apt 307<br>Denver, CO 80219 | **From:** Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **541-2019-02918** | **Christopher D. Padilla,<br>Supervisory Investigator** | **(303) 866-1336** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Amy Burkholder,
**Field Office Director**

**NOV 27 2019**

*(Date Mailed)*

Enclosures(s)

CC: Jessica Crews
Director HR Compliance
KEURIG DR PEPPER
5301 Legacy Drive
Plano, TX 75024

Enclosure with EEOC
Form 161-B (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit *before 7/1/10 – not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➢ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.

➢ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

➢ **Only one** major life activity need be substantially limited.

➢ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

➢ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**

➢ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

**"Regarded as" coverage:**

➢ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

➢ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

➢ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

➢ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Diana Torres-Allgire<br>2696 S. Federal Blvd. Apt 307<br>Denver, CO 80219 | From: Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2019-01728 | Christopher D. Padilla,<br>Supervisory Investigator | (303) 866-1336 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for **any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Amy Burkholder,
**Field Office Director**

NOV 2 7 2019

*(Date Mailed)*

Enclosures(s)

CC: Jessica Crews
Director, HR Compliance
Keurig Dr Pepper
5301 Legacy Drive
Plano, TX 75024

JS 44 (Rev 06/17)   District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Diana C. Torres*

**DEFENDANTS**

*Keurig dr. Pepper*

**(b)** County of Residence of First Listed Plaintiff    *Denver*
*(EXCEPT IN U S PLAINTIFF CASES)*

County of Residence of First Listed Defendant   *Englewood*
*(IN U S PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Ø
*Diana Torres*
*26965 Federal blvd. #307*
*Denver, Colo. 80219*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U S Government
Plaintiff

☐ 2  U S Government
Defendant

☐ 3  Federal Question
*(U S Government Not a Party)*

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)*                             and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | **PERSONAL INJURY** | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 310 Airplane    ☐ 365 Personal Injury - | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 315 Airplane Product     Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment     Liability    ☐ 367 Health Care/ | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | ☐ 320 Assault, Libel &     Pharmaceutical | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | Slander     Personal Injury | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | ☐ 330 Federal Employers'     Product Liability | | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | Liability    ☐ 368 Asbestos Personal | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 340 Marine     Injury Product | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product     Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| of Veteran's Benefits | Liability    **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle    ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | Product Liability    ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 360 Other Personal     Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | Injury    ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury -     Product Liability | Leave Act | | Act |
| | Medical Malpractice | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights    **Habeas Corpus:** | Income Security Act | or Defendant) | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/     Sentence | | | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations    ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☒ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment    **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other    ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education    ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:  ☐  AP Docket

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____