Surgery Patient M.S., Ongoing dr. Orders.

Diana Torres   CASE # 20-CV-00535

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 FEB 26 PM 2:40

JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

Plaintif   2/26/20

Case 1:20-cv-00535-GPG Document 2 Filed 02/26/20 USDC Colorado Page 2 of 2



Torres Allgire, Diana Cy*
HAR: 1010684276 CSN: 1037334156
DOB: 10/28/1966 (53 yrs) F
MRN:0202788
Adm Date: 1/28/2020

Torres Allgire, Diana Cy*
HAR: 1010684276 CSN: 1037334156
DOB: 10/28/1966 (53 yrs) F
MRN:0202788
Adm Date: 1/28/2020




# Podiatric Surgery Patient Info

# Surgical plan

Surgical date: **2/21**, You will get a call with Surgical time.

Procedure: **Right foot ankle scope, osteophyte excision, and posterior tibial tendon repair**

**Post-operative plan:**

**Surgical dressings** will stay in place for one week.

Posterior splint x ____ / CAM Boot x **6 weeks** / Surgical Shoe x ____

Keep dressings clean, dry and intact until follow up appointment in podiatry : location:_____

1st: **2/26 Dara**  2nd: **3/18 Matt Gossk.**  3rd: _____

**Weightbearing:** Non-weightbearing / Partial weightbearing / Full weightbearing for : **4 wks**

(Crutches) / Forearm crutches / Knee walker / Wheelchair

**Ice** foot / ankle for 30 minutes on, 30 minutes off for the first 72 hours.

It is not necessary to ice the foot at night.

Elevate foot above the level of the heart to help with pain and swelling

**Pain Control:** **Percocet 5/325**
**Docusate**
**Promethazine**

← scope ankle

Repair tendon