IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00535-GPG

DIANA C. TORRES,

    Plaintiff,

v.

KEURIG DR. PEPPER,

    Defendant.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff has filed *pro se* an Employment Discrimination Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3). Plaintiff will be granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3) is GRANTED. It is

FURTHER ORDERED that the court review the Employment Discrimination Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). It is

FURTHER ORDERED that process shall not issue at this time. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining Defendants for whom personal service is required if the case

is later drawn to a district judge and/or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED February 27, 2020.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge