*Requesting Jury Trial*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 MAR 26 PM 1:38
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __20CV535__
(To be supplied by the court)

__Diana Torres__, Plaintiff

v.

__The American Bottling Co, doing bussiness @ Kenrig dr. pepper__
__CT-Corp. Suite 220__
__7700 E Arapahoe Rd. Centennial, Co. 80112-__
__5301 Legacy Dr.__
__Plano, TX 75024__, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Diana Torres  2692 S. Federal Blvd #307
(Name and complete mailing address) Denver, CO 80219
(720) 486-5137  dtorres699447@gmail.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: The American Bottling Co, doing bussiness @
(Name and complete mailing address) Keurig Dr. Pepper
CT-Corp 7700 E Arapahoe Rd Suite 220
(Telephone number and e-mail address if known)
Centennial, CO. 80112

Defendant 2: The American Bottling Co. 5301 Legacy Dr.
(Name and complete mailing address)
Plano, TX 75024
(Telephone number and e-mail address if known)

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

\_\_\_\_ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

\_\_\_\_ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

\_\_\_\_ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

X Other: *(please specify)* FMLA

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _____

The conduct complained of in this claim involves the following: (*check all that apply*)

- ___ failure to hire
- **X** different terms and conditions of employment
- ___ failure to promote
- **X** failure to accommodate disability
- **X** termination of employment
- ___ retaliation
- ___ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

- ___ race
- ___ religion
- ___ national origin
- ___ age
- ___ color
- ___ sex
- **X** disability

Supporting facts: I Am disabled: I Am 53 yrs. I Started Working At Kenrig dr. Pepper 1/22/18 I WAS Fine: Myself and Keisha Bugs #720 419-9647; for 9 month, 8-10 hours (10 MAX) per Supervisor Raul, Then John Venegas 303 885-3501, for a few Months, Keisha got fired and I WAS running re-pack warehouse All Alone from 2-3 people to Only 1 person And still doing great. Davis started 720 290-0340; My Ankle had been giving Then on 9/3/18 Nick Davis started 720 290-0340 (1st year, 1:11 hr. day) Me A little problem but I WAS doing 8-10 hours, Nick Stated F--- My 2018 Medical Cond. and In front of Ruby Allaire 408 728-1210, Nick stated F--- My Medical Cond. and dr. orders; And he started Threating my Job; cause it WAS A requirement to work 14 hours a day, 6 days a week, now upping hours my medical got cond. on Rt. Ankle and Lt. Wrist started get worse, And I got FMLA per. Union Rep: Mike Tashini: 303 458-0621 And Filed FMLA; Then I got a write up in retaliation; Then Nick Davis And Company; started harrassing me more, calling dr. office to get Dr. To Extend hours (not granted) They Were Taking To receptionist At: Pro Active Nolan Ripple: 720 269-4348, when that Bailed with FMLA, Dr. papers, Kendra Company (Nick Davis stopped being proffessional) And the discrimination got worse and They wrongfully Termed Me And now I'm waiting on Surgery for Rt. Ankle, Lt. Wrist can't work. And I'm hurt and need help please. They wanted Me To work harder then physically possible due To Age.

CLAIM TWO: __AdA__

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire      ____ different terms and conditions of employment

____ failure to promote     _X_ failure to accommodate disability

____ termination of employment     _X_ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race     ____ religion     ____ national origin     ____ age

____ color     ____ sex     _X_ disability

Supporting facts: With Dr. pappers, me in pain and showing up every day ready to work 8-10 hours Company still demanding more than physically possible due to extensively hard work for now trying to make me do 12 shifts instead of PT 8-10 hours I applied for and did great at, now I cant work, I'm hurt and need relief so I can go on with my life its not OK for a person in positions of trust to cause personal injury and Terminate you, before I reached This point, I put in calls to Union, FMLA, Company Safe to tell and Grieved as well, I've got all papers etc.; I want a Jury Tryal and request help please;

E.  ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

　✗ Yes (***You must attach a copy of the administrative charge to this complaint***)

　___ No

Have you received a notice of right to sue? (*check one*)

　✗ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

　___ No

F.  REQUEST FOR RELIEF
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* I've been out of work since 7/9/19 waiting on surgery and pain, suffering, lost wages etc.

G.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

3/26/19
(Date)

(Revised December 2017)